NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

NOEL WEISS (SBN 073105)
email: noelweiss@ca.rr.com
LAW OFFICES OF NOEL WEISS
13700 Marina Pointe Drive, #922
Marina del Rey, California 90292
Telephone: (310) 822-0239
Facsimile: (310) 822-7028

ATTORNEYS FOR: Plaintiff J.H. McQUISTON

FILED
2012 FEB 23 PM 2: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| J.H. McQUISTON | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | CV 12 1543 -SJO (MHWx) |
| v. | |
| CITY OF LOS ANGELES, ET AL. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff J.H. McQUISTON
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
| --- | --- |
| J.H. McQUISTON | McQuiston Associates |
| CITY OF LOS ANGELES | Los Angeles County |
| ANTONIO VILLARIAGOSA | Mayor, City of Los Angeles |
| BRINKMAN FAMILY TRUST, BANK OF AMERICA, TRUSTEE | Trustee for Brinkman Family Trust - Owner of 939-969 North La Brea Property |
| SIT 'N SLEEP, INC., a California Corporation | Lessee of 939-969 North La Brea Property |
| ED P. REYES | Councilmember - City of Los Angeles |
| JOSE HUIZAR | Councilmember - City of Los Angeles |
| PAUL KREKORIAN | Councilmember - City of Los Angeles |
| CHISTOPHER KOONTZ | Employee - City of Los Angeles |

February 23, 2012
Date

[signature]
Sign

NOEL WEISS
Attorney of record for or party appearing in pro per

CV-30 (04/10)  NOTICE OF INTERESTED PARTIES